COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Matter of B.M.

Appellate case number:     01-18-00898-CV

Trial court case number:    18-CJV-021629

Trial court:                    County Court at Law No. 2 of Fort Bend County

Appellant, B.M., has filed a notice of appeal of the trial court's "Waiver of Jurisdiction and Order of Transfer to a Criminal District Court Pursuant to Texas Family Code Section 54.02(a)." *See* TEX. FAM. CODE ANN. §§ 54.02, 56.01(c)(1)(A). We abated the appeal, remanded the case, and directed the juvenile court to determine Brian M. Middleton's motion for disqualification and, if necessary, appoint a District Attorney Pro Tem. *See* TEX. CODE CRIM. PROC. ANN. art. 2.07. The trial court clerk has filed a supplemental clerk's record that contains the juvenile court's order granting the motion for disqualification and "appoint[ing] Stephen Doggett as said District Attorney Pro Tem to represent the State of Texas" in this proceeding. Accordingly, we **reinstate** the appeal on the Court's active docket.

We direct the Clerk of this Court to note Stephen Doggett's appearance as District Attorney Pro Tem in this proceeding on the docket of this Court.

**Appellee's brief is due to be filed in this Court no later than 20 days from the date of this order. No extensions will be granted.**[1] *See* TEX. R. APP. P. 38.6(b), (d).

Brian M. Middleton's "Motion for Disqualification and Appointment of Attorney Pro Tem," filed in this Court on January 22, 2019, is **dismissed as moot**.

---

[1]     This Court is required to bring the appeal to final disposition within 180 days of October 3, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
☑ Acting individually ☐Acting for the Court

Date: __February 19, 2019_